B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re **Tralise and Leslie Terry**,  Case No **11-31179**
Debtor
Chapter 13

# Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Alabama Housing Finance Authority

**Court claim no. (if known):** _____

**Last four digits** of any number you use to identify the debtor's account: ___ _1_ ___

**Date of payment change:** 04/01/2015
Must be at least 21 days after date of this notice

**New total payment:** $ 611.85
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?
☐ No
☑ Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ 294.51    New escrow payment: $ 289.21

## Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?
☑ No
☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____ %    New interest rate: _____ %

Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?
☑ No
☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: $ _____    New mortgage payment: $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

 I am the creditor. ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

Signature: X _[signed]_  Date: 02/28/2015 (mm/dd/yyyy)

Print: Rob Griffith (First Name / Middle Name / Last Name)  Title: Bankruptcy Specialist

Company: Alabama Housing Finance Authority/ServiSolutions

Address: P. O. Box 242928 (Number / Street)
Montgomery, AL 36124-2928 (City / State / ZIP Code)

Contact phone: (334) 244-4348  Email: rgriffith@servsol.com

# ServiSOLUTIONS
A DEPARTMENT OF ALABAMA HOUSING FINANCE AUTHORITY
P.O. BOX 242967 • MONTGOMERY, AL 36124-2967

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

**CUSTOMER SERVICE**
TOLL FREE: 1-(866) 339-2432 • LOCAL: (334) 244-4350
MONDAY - FRIDAY • 8:00 A.M. - 5:00 P.M. CST
FAX: (334) 271-3104 • WEBSITE: WWW.SERVSOL.COM

ACCOUNT NUMBER
DATE: 02/18/2015


8-722-46257-0000011-001-1-000-000-000-000

TRALISE SANDRELL TERRY
6160 HINCHCLIFF RD
MONTGOMERY AL 36117-3167

**CURRENT MONTHLY MORTGAGE PAYMENT**

| | |
|---|---|
| PRIN. & INT. | $322.64 |
| ESCROW | $294.51 |
| TOTAL PAYMENT | $617.15 |

**NEW PAYMENT INFORMATION**

| | |
|---|---|
| PRIN. & INT. | $322.64 |
| ESCROW | $289.21 |
| TOTAL PAYMENT | $611.85 |
| NEW PAYMENT EFFECTIVE | 08/01/2015 |

## COMING YEAR ESCROW PROJECTION

The purpose of the Coming Year Escrow Projection is to determine the lowest balance "Low Point" to which your escrow account will decline over the upcoming year. The purpose of the Low Balance Summary is to compare the projected and allowable low point amounts. If the projected low point is greater than the allowable low point (*), there is a surplus. If the surplus is $50.00 or greater, it will be automatically refunded to you. If the surplus is less than $50.00, we have lowered your payment accordingly. If the projected low point is less than the allowable low point (*), there is an interest free shortage which will be recovered by an adjustment to your monthly payment over 12 months. The adjustment amount(s) appears in the Low Balance Summary and New Payment Information.

| ANTICIPATED ESCROW DISBURSEMENT | | MONTH | PAYMENTS TO ESCROW | DESCRIPTION | PAYMENTS FROM ESCROW | CUR BAL PROJECTION | REQ BAL PROJECTION |
|---|---|---|---|---|---|---|---|
| County Tax Disb | $171.43 | | | BEGINNING BALANCE | | 2,317.85 | 578.33 |
| Haz Ins Disb | $3,299.00 | Aug-15 | 289.21 | | .00 | 2,607.06 | 867.54 |
| TOTAL DISBURSEMENTS DIVIDED BY 12 MONTHS | $289.21 | Sep-15 | 289.21 | | .00 | 2,896.27 | 1,156.75 |
| | | Oct-15 | 289.21 | | .00 | 3,185.48 | 1,445.96 |
| | | Nov-15 | 289.21 | COUNTY TAX | 171.43 | 3,303.26 | 1,563.74 |
| | | Dec-15 | 289.21 | | .00 | 3,592.47 | 1,852.95 |
| | | Jan-16 | 289.21 | | .00 | 3,881.68 | 2,142.16 |
| | | Feb-16 | 289.21 | | .00 | 4,170.89 | 2,431.37 |
| | | Mar-16 | 289.21 | | .00 | 4,460.10 | 2,720.58 |
| | | Apr-16 | 289.21 | | .00 | 4,749.31 | 3,009.79 |
| | | May-16 | 289.21 | | .00 | 5,038.52 | 3,299.00 |
| | | Jun-16 | 289.21 | | .00 | 5,327.73 | 3,588.21 |
| MONTHLY ESCROW DEPOSIT | $289.21 | Jul-16 | 289.21 | HAZARD INS | 3,299.00 | 2,317.94 | 578.42 |

MORE INFORMATION ON REVERSE SIDE

| CALCULATION OF ESCROW ADJUSTMENT | |
|---|---|
| BEGINNING PROJECTED BAL | $2,317.85 |
| BEGINNING REQUIRED BAL | $578.33 |
| ESCROW SURPLUS | $1,739.52 |

The cushion allowed by federal law (RESPA) is two times your monthly escrow payment (excluding MIP/PMI), unless state law specifies a lower amount.

---

TRALISE SANDRELL TERRY

ACCOUNT NUMBER

For address or phone number changes, please see reverse side for instructions.

SERVISOLUTIONS
P.O. BOX 242928
MONTGOMERY, AL 36124-2928

## ESCROW SURPLUS NOTICE

**SURPLUS AMOUNT:** $1,739.52

If your surplus is $50 or greater, AHFA will be sending a refund check under separate cover within 30 days provided your loan is current.

If your surplus is less than $50, we have lowered your payment accordingly.

If you have any questions, please contact our Customer Service at: **1-866-339-2432** or **334-244-4350.**

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a true and correct copy of the foregoing Notice of Payment Change to the parties listed below by placing a copy of the same in the United States Mail first-class, postage prepaid, on this the 28th day of February, 2015.

                                            /s/Rob Griffith
                                            Rob Griffith
                                            Bankruptcy Specialist

**Tralise Terry**
6160 Hinchcliff Road
Montgomery, AL 36117

**Leslie Terry**
6160 Hinchcliff Road
Montgomery, AL 36117

**Richard D. Shinbaum**
Shinbaum & Campbell
P.O. Box 201
Montgomery, AL 36101

**Curtis C. Reding**
P. O. Box 173
Montgomery, AL 36101